UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN TX DIVISION

FILED
19 OCT -2 AM 9:33
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

GLENN R. WRIGHT

**A19CV0963 RP**
CASE NUMBER

(NATIONAL SECURITY / WHISTLE BLOWER)
(SAN ANTONIO, MIDLAND/ODESSA, BIG LAKE TEXAS)
(HOMELAND SECURITY / SHERIFF DEPT)
(SAN ANTONIO, MIDLAND/ODESSA, BIG LAKE TEXAS)
LACKLAND AFB, MILLINGTON NAVAL BASE
LLOYD DOGGET, HENRY CUELLAR, STEVE COHEN
WILLIE HENRY, WYLIE HENRY, DANIEL DREYSEN

HOMELAND SCTY/NSA, SHERIFF DEPT/TURNKEY SHERIFF
MEMPHIS TN, JAMES MASON, ANTHONY TURNER
ALYCIA CARTER, CHARLES TODD

Glenn R. Wright
GLENN R WRIGHT
1227 MARGARETT RD
MEMPHIS TN 38109

2828 11TH ST
BLDG 4 #18
ODESSA TX 79761

1) Congress You've Place Whistleblower Teams All Over The Trucking Industry But When It Comes To Telling That The Military/The Sheriff Chief, Some Police, & Some Troopers And Teams Of Turnkeys That Are Homosexuals Or Their Siblings Are Pure Drug Attics You Want Blow The Whistle On The Groups State To State That Play By Satellite/Tower To Tower (Cellphone Towers) With Our Eardrums And Wrecks By Truckers Happen & Drug Epidemics! drum   Take Over Neighbor Hoods

WRS WHILE THE CONGRESS STAFF AND FORMER STAFF ARE APART OF WIDESPREAD VOICE ANALYZATION VOICE AMPING/LOUD AMPLICATION ON HUMAN PEOPLE

THE CONGRESSMAN STAFF ARE MADE SHERIFFS THEN THE READ OFF RECORDS OF PEOPLE IN COURT AND MOST TURNKEYS AND COLABORATE STORY'S THEN USE THEIR POWERS FROM THE CONGRESSMANS OFFICE TO PLACE ME FOR EXAMPLE INTO A WORLD OF PRE HATRED AND FORMED NEGATIVITY BY HITS ON CROWDS OF PEOPLE & MY EARS

3) MAN I'VE GOT SCORES OF PEOPLE CHASING ME JUST BECAUSE I'VE GOT COMMERCIAL DRIVING LICENSE (CDL).

IF SOMEHOW TALKING ALL NIGHT LONG DOESN'T HIT THE AREA I'M IN THEN, WATCH HIM FOLLOW HIM ROB HIM FROM SEVERAL SATELLITE VOICE AMPS HIT THE CROWD OF PEOPLE THE THIS IS THE SHERIFF MR WRIGHT/RODNEY I'LL SHOW YOU HOW I GOT CONTROL OVER THESE PEOPLE

THEN A POP UP OF HOMELESS PEOPLE AND NEEDLE USING DRUG ATTICKS POP UP / OR ARE LAYING ON THE GROUND IN AREAS I PARK OR UN LOAD AT/IN

AND SEE HOW WE CONTROL THEM CHOOSE THIS

THIS IS HMLD SECURITY NATIONAL SECURITY THE SHERIFF DEPARTMENT

THEN THREATS HAPPEN

ALL YOU'VE GOT TO DO NOW IS SAY YOU DON'T WANT (THAT); RAPE HIM & FUCK HIM IN HIS ASSHOLE IS ANNOUNCED FOR MONTHS THEN AND PLANT DRUG'S IN HIS CAR AND /ARREST/ HIM.

HUMILIATE HIM

5] After some one shows up on a job I find my car is tracked and a voice monitor is bluetoothed to my dashboard & my car speakers. Then I am fired from that job to Haven for Hope, The Salvation Army - or some shelter; and later the crew I seen chase me is on a, photo with a congressman in a news paper or on the news

I've seen church people come to truck stops then pick a person; call the pastor we've got 1; or we've got 2; or we've got 3 people ready for that thing, 10 minutes later every ones talking people business; and a loud amp voice is on talking

6) Your GONNA MISS SOMETHING IF YOU DONT LISTEN TO THIS; KEEPS COMING FROM A VOICE COMING FROM MY DASHBOARD, MY RADIO AND MY CELLPHONES BUT NOBODY EVER TALK TO ME FACE TO FACE.

ALSO I AM SEEING SEVERAL PEOPLE AROUND ME, ALL TRY TO CATCH ME SELLING DRUGS 1 OF THE LADIES I SAW YESTERDAY IN COMAL COUNTY COURT NEW BRAUNFEL TX THAT SET UP BY THE JUDGE STAYED IN A MOBILE TRAILER ON THE FLYING J, TRAVEL STATION LOT I-10 SAN ANTONIO TX; I SEEN IN THE MIDLAND TRAILER PARK AREA 1 DAY I WAS DRIVING JOB HUNTING SHE WALKED OUT TO A CAR TO TALK THIS LADY THAT KEPT FLAGGING ME FOR A RIDE, I FOUND A JOB AFTER WARDS THEN I WAS FIRED AFTER I WAS TOLD YOU NEED NOT TO DRIVE YOUR CAR DRIVE OUR COMPANY TRUCK OR LET SOMEONE DRIVE YOUR CAR; "

I DROVE MY CAR MYSELF & A HELICOPTER FOLLOWED ME FROM WAL-MART TO THOMAS-OILFIELD (I WAS TOLD YOUR NOT LISTEN TO OUR MESSAGE WE HAVE FOR YOU, IT WAS ABOUT HOMOSEXUALITY AND USING HARD DRUGS // SINCE 1980 ANTHONY TURNER NOW LUITENENT SHERIFF ANTHONY OUTSIDE OUR PROJECT APARTMENT YELLED OUT HE WOULD RAPE ME AND TURNER BEING A SISSY IS WHAT THE WORLD IS ABOUT

AT THIS BUILDING PEOPLE ARE OUTSIDE AT NIGHT SELLING DRUGS LOOKING FROM THE SATELLITE THOSE MILITARY MONITOR'S OVER SAID I, RODNEY WAS THE PERP THEN THREATS STARTED 9/24/2019

THEN SPIT IN HIS FOOD STARTS THE GUYS SELLING DRUG'S ARE VOICES AMPED BY THE TOWER TO TOWER MESSAGE; LOUD AMPING THE HAVEN FOR HOPE, (RODNEY IS THERE TO TAKE OVER) IN MIDLAND ODESSA & SAN ANGELO THE SAME THING